B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sino Clean Energy, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**75-2882833** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**c/o Larson & Zirzow, LLC, Resident Agent<br>810 S. Casino Ctr. Blvd., #101<br>Las Vegas, NV** <div align=right>ZIP Code **89101**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **Room 1502, Bldg. D, Wangzuo International City Bldg.,<br>No. 3 Tanguyan Road<br>Gaoxin District, Xi'an, Shaanxi Province<br>P.R. China** |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | (Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>─────────────────<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information    *** Matthew C. Zirzow 7222 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                                              Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Sino Clean Energy, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| ■ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| | X _____ Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?  ☐ Yes, and Exhibit C is attached and made a part of this petition.  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.  If this is a joint petition:  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)  _____ (Name of landlord that obtained judgment)  _____ (Address of landlord)  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and  ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Sino Clean Energy, Inc. |

<div align="center"><b>Signatures</b></div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
    Signature of Attorney for Debtor(s)

    Matthew C. Zirzow 7222
    Printed Name of Attorney for Debtor(s)

    LARSON & ZIRZOW, LLC
    Firm Name

    810 S. Casino Center Blvd. #101
    Las Vegas, NV 89101

_____
Address

    Email: mzirzow@lzlawnv.com
    (702) 382-1170  Fax: (702) 382-1169
    Telephone Number

    July 7, 2015
    Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Authorized Individual

    Baowen Ren
    Printed Name of Authorized Individual

    President and Chairman of the Board
    Title of Authorized Individual

    July 7, 2015
    Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## District of Nevada

In re   **Sino Clean Energy, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is
   **001-34773**   .

2. The following financial data is the latest available information and refers to the debtor's condition on   **12/31/2011**   .

   a. Total assets                                                            $            **124,685,859.00**

   b. Total debts (including debts listed in 2.c., below)                     $            **5,362,687.00**

   c. Debt securities held by more than 500 holders:

| | | | | | | | | Approximate number of holders: |
|---|---|---|---|---|---|---|---|---|
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | 0.00 | 0 |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | 0.00 | 0 |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | 0.00 | 0 |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | 0.00 | 0 |
| secured | ☐ | unsecured | ☐ | subordinated | ☐ | $ | 0.00 | 0 |

   d. Number of shares of preferred stock                     0                          0

   e. Number of shares common stock                     23,863,701                          0

   Comments, if any:
   **Estimated number of common shares outstanding as of May 31, 2012. To be supplemented.**

3. Brief description of Debtor's business:
   **Through its subsidiaries in Hong Kong and the People's Republic of China, a producer of clean coal heating and energy solutions for residential, commercial and industrial uses in China. Produce and distribute coal water slurry fuel.**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   **To be supplemented.**

CORPORATE RESOLUTION
OF
SINO CLEAN ENERGY INC.
索科清洁能源合资公司决议书

The undersigned, being first duly sworn upon oath deposes and says:

下面签字的人，正式授权宣誓并证言表示：

That he is the President of Sino Clean Energy Inc., a Nevada corporation, and that at a meeting of the Board of Directors of said company, duly and specially called, the following Resolution was adopted by vote of the Directors present.

他本人作为内华达合资公司索科清洁能源合资公司的董事长，在董事会上正式表示，下文的公司决议书是由公司董事会成员投票选举决定的。

RESOLVED, that in the judgment of the Board of Directors, it is in the best interests of this corporation, its creditors, equity holders and other interested parties, that a Petition ["Petition"] be filed by this corporation under Chapter 11 of Title 11, United States Code; and it is

决定内容包括，董事会成员的综合判断认为，出于对公司，债权人，股权持有人和其他相关利益方的最高权益考虑，公司决定提交美国法典中公司法第十一章法案规定的破产申请。

FURTHER RESOLVED, that the President of this corporation be, and he hereby is, authorized and directed on behalf of and in the name of this corporation, to execute and verify such Petition and to cause the same to be filed with the United States Bankruptcy Court for the District of Nevada; and it is

另外决定还包括，公司的董事长在此授权并以公司的名义执行破产申请提交给内华达管辖区美国破产法庭。

FURTHER RESOLVED, that the President of the corporation be, and he hereby is, authorized to take any and all action which he deems necessary or proper in connection with such bankruptcy proceedings, and to retain and employ all legal counsel and professionals which he may deem necessary or proper.

另外决定，作为公司的董事长，在此他授权执行破产过程所需和合理的一切行为，并雇佣和破产过程有关和合理要求所需的律师和其他专业人士。

Dated this __6__ day of February, 2015

日期2015年2月__6__日

SINO CLEAN ENERGY INC. 索科清洁能源合资公司

By: _____ （签字）
Baowen Ren    任宝文

_____
Peng Zhou    周鹏

_____
Wenjie Zhang    张文杰

_____
Zhixin Jing    景智信

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### District of Nevada

In re    **Sino Clean Energy, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Loeb & Loeb LLP Attn: Bankruptcy Dept/Managing Agent 345 Park Ave. New York, NY 10154 | Loeb & Loeb LLP Attn: Bankruptcy Dept/Managing Agent 345 Park Ave. New York, NY 10154 | Legal Services | | 87,000.00 |
| Paul Chui Unit 9A, Chun Wo Commercial Centre 23-29 Wing Wo Street Central, HKSAR | Paul Chui Unit 9A, Chun Wo Commercial Centre 23-29 Wing Wo Street | Trade debt | | 5,000.00 |
| Signature Stock Transfer Attn: Bankruptcy Dept/Managing Agent 2632 Coachlight Court Plano, TX 75093 | Signature Stock Transfer Attn: Bankruptcy Dept/Managing Agent 2632 Coachlight Court Plano, TX 75093 | Trade debt | | 10,236.09 |
| United Services, Inc. Attn: Bankrtupcy Dept/Managing Agent 10 Bank Street, Suite 560 White Plains, NY 10606 | United Services, Inc. Attn: Bankrtupcy Dept/Managing Agent 10 Bank Street, Suite 560 White Plains, NY 10606 | Trade debt | | 370.00 |
| Weinberg & Co. LA, LLP Attn: Bankruptcy Dept/Managing Agent 1925 Century Park East Suite 1120 Los Angeles, CA 90067 | Weinberg & Co. LA, LLP Attn: Bankruptcy Dept/Managing Agent 1925 Century Park East Los Angeles, CA 90067 | Accounting Services | | 58,370.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re    Sino Clean Energy, Inc.                                          Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chairman of the Board of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    July 7, 2015                                    Signature    _____

                                                                     Baowen Ren
                                                                     President and Chairman of the Board

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Nevada**

In re   Sino Clean Energy, Inc. _____         Case No. _____

                                    Debtor(s)                    Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the President and Chairman of the Board of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:   July 7, 2015 _____          _____
                                              Baowen Ren/President and Chairman of the Board
                                              Signer/Title

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

```
SINO CLEAN ENERGY, INC.
C/O LARSON & ZIRZOW, LLC, RESIDENT AGENT
810 S. CASINO CTR. BLVD., #101
LAS VEGAS, NV 89101

MATTHEW C. ZIRZOW
LARSON & ZIRZOW, LLC
810 S. CASINO CENTER BLVD. #101
LAS VEGAS, NV 89101

UNITED STATES TRUSTEE
300 LAS VEGAS BLVD., SOUTH #4300
LAS VEGAS, NV 89101

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 7346
PHILADELPHIA, PA 19101

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS, NV 89155

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S. GRAND CENTRAL PKWY
P.O. BOX 551220
LAS VEGAS, NV 89155

ALAIN PERACCA
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

ANTHONY J. ROMANO
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

BENJAMIN ENG
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

BRETT DUBIN
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134
```

CARL MARKS ADVISORY GROUP
ATTN: BANKRUPTCY DEPT/MANAGIN AGENT
900 THIRD AVE., 33RD FLOOR
NEW YORK, NY 10022-4775

CEFERINO N. NANG
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

CHARLES JEFF CHRISTENSEN
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

CHRISTOPHER ROY RITTER
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

CONFIDENTIAL SECURITY & INVESTIGATIONS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
1120 AVENUE OF THE AMERICAS, 4TH FLOOR
NEW YORK, NY 10036

CONFIDENTIAL SECURITY & INVESTIGATIONS
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
1500 BROADWAY, 21ST FLOOR
NEW YORK, NY 10036

DAVID QUANG PHAM
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

DEPT. OF EMPL, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713

DONG CHEN
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

ELIEZER YEHOSHUA
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

FARHAN-UL-HAQ SIDDIQUI
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

FOLEY & LARDNER, LLP
ATTN: DOUGLAS E. SPELFOGEL, ESQ.
90 PARK AVE.
NEW YORK, NY 10016

GARY O. EPLING
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

GEORGE C. VLAHOS
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE PLLC
1645 VILLAGE CENTER DR. #200
LAS VEGAS, NV 89134

GIBRALT CAPITAL CORPORATION
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
P.O. BOX 7346
PHILADELPHIA, PA 19101

JAMES ARONSON
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

JAMES SUTTER
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

JAMES WAISANEN
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

JANICE NGUYEN
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

JOEL QUIEIXT
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

JOHN J. KASSAY JR.
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

JOHN KUHN
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

KENNETH RECKER
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

KLC KENNIS LUI & CO.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
5/F, HO LEE COMMERICAL BUILDING
38-44 D'AGUILAR STREET
CENTRAL HONG KONG

LISMORE PARTNERS, LLC
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

LOEB & LOEB LLP
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
345 PARK AVE.
NEW YORK, NY 10154

MARCUS ARNIOS
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

MARTIN KOCK, M.D.
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

MCDONALD CARANO WILSON LLP
ATTN: RYAN J. WORKS, ESQ.
100 W. LIBERTY ST. 10TH FLOOR
RENO, NV 89501

MICHAEL A. NOORY
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

NEVADA DEPT. OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON AVENUE #1300
LAS VEGAS, NV 89101

PAUL CHUI
UNIT 9A, CHUN WO COMMERCIAL CENTRE
23-29 WING WO STREET
CENTRAL, HKSAR

PENN FOOTWEAR
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

PETER DE MEYER
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

PETER H. ELLIOTT
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

REX MANUEL
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

RICHARD COHEN
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

RICHARD FASNACHT
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

ROBERT GORDON
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

SCHULUETER & ASSOCIATES, P.C.
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
5290 DTC PARKWAY, SUITE 150
ENGLEWOOD, CO 80111

SECURITIES AND EXCHANGE COMM
ATTN: BANKRPUTCY DEPT/MANAGING AGENT
100 F STREET, NE
WASHINGTON, DC 20549

SECURITIES AND EXCHANGE COMM
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
444 S. FLOWER ST., SUITE 900
LOS ANGELES, CA 90071

SIGNATURE STOCK TRANSFER
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
2632 COACHLIGHT COURT
PLANO, TX 75093

SILVER ROCK II, LTD.
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

STATE ADMIN FOR INDUSTRY AND COMMERCE
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
8 SANLIHE DONGLU, XICHENGQU
BEIJING, 100820, P.R. CHINA

STEFAN DE MEYER
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

THOMAS M. STEWART
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

UNITED SERVICES, INC.
ATTN: BANKRTUPCY DEPT/MANAGING AGENT
10 BANK STREET, SUITE 560
WHITE PLAINS, NY 10606

VERNON T. DORIA
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

VICTOR GIARDINI
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

WEINBERG & CO. LA, LLP
ATTN: BANKRUPTCY DEPT/MANAGING AGENT
1925 CENTURY PARK EAST
SUITE 1120
LOS ANGELES, CA 90067

WILLIAMSON LAW OFFICES, PLLC
ATTN: AIRENE WILLIAMSON, ESQ.
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

XINCAI LUO
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

YANQUING WEN
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

YONGLI LI
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

ZHAOFANG WEN
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134

ZOLFO COOPER
SUITE 2806, 28/F TOWER 1
LIPPO CENTER
89 QUEENSWAY ADMIRALTY
HONG KONG

ZONGZHU SONG
C/O AIRENE WILLIAMSON, ESQ.
WILLIAMSON LAW OFFICE, PLLC
1645 VILLAGE CENTER CIR., #200
LAS VEGAS, NV 89134