
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 09, 2015

# United States Bankruptcy Court
## District of Nevada

Case No. <u>15–50934–btb</u>
**Chapter 11**

In re:
    SINO CLEAN ENERGY, INC.

           Debtor(s).

### ORDER TRANSFERRING BANKRUPTCY CASE
### TO DISTRICT OF NEVADA–SOUTHERN DIVISION (LAS VEGAS)

On the Court's own motion for good cause appearing, and pursuant to 11 USC § 105, and LR 1071(b):

IT IS HEREBY ORDERED THAT the above–captioned bankruptcy case be transferred to U.S. Bankruptcy Court, District of Nevada, Southern Division, Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd., South, Las Vegas, Nevada 89101.

All pleadings and other papers in this bankruptcy case shall be filed with the U.S. Bankruptcy Court Clerk in Las Vegas, Nevada.

###