```
                          United States Bankruptcy Court
                                 District of Nevada
In re:                                                       Case No. 15-50934-btb
SINO CLEAN ENERGY, INC.                                      Chapter 11
       Debtor
                          CERTIFICATE OF NOTICE
District/off: 0978-3         User: youngbloo          Page 1 of 3           Date Rcvd: Jul 09, 2015
                             Form ID: pdf949          Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2015.
db           +SINO CLEAN ENERGY, INC.,    C/O LARSON & ZIRZOW, LLC, RESIDENT AGENT,
               810 S. CASINO CTR. BLVD., #101,    LAS VEGAS, NV 89101-6719
9513261      +ALAIN PERACCA,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513262      +ANTHONY J. ROMANO,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513263      +BENJAMIN ENG,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513264      +BRETT DUBIN,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513265       CARL MARKS ADVISORY GROUP,    ATTN: BANKRUPTCY DEPT/MANAGIN AGENT,    900 THIRD AVE., 33RD FLOOR,
               NEW YORK, NY 10022-4775
9513266      +CEFERINO N. NANG,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513267      +CHARLES JEFF CHRISTENSEN,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513268      +CHRISTOPHER ROY RITTER,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513259      +CLARK COUNTY ASSESSOR,    C/O BANKRUPTCY CLERK,    500 S. GRAND CENTRAL PKWY,    BOX 551401,
               LAS VEGAS, NV 89155-4502
9513260      +CLARK COUNTY TREASURER,    C/O BANKRUPTCY CLERK,    500 S. GRAND CENTRAL PKWY,    P.O. BOX 551220,
               LAS VEGAS, NV 89155-1220
9513269      +CONFIDENTIAL SECURITY & INVESTIGATIONS,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,
               1120 AVENUE OF THE AMERICAS, 4TH FLOOR,    NEW YORK, NY 10036-6700
9513270     #+CONFIDENTIAL SECURITY & INVESTIGATIONS,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,
               1500 BROADWAY, 21ST FLOOR,    NEW YORK, NY 10036-4052
9513271      +DAVID QUANG PHAM,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513272      +DEPT. OF EMPL, TRAINING & REHAB,    EMPLOYMENT SECURITY DIVISION,    500 EAST THIRD STREET,
               CARSON CITY, NV 89713-0002
9513273      +DONG CHEN,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513274      +ELIEZER YEHOSHUA,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513275      +FARHAN-UL-HAQ SIDDIQUI,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513276      +FOLEY & LARDNER, LLP,    ATTN: DOUGLAS E. SPELFOGEL, ESQ.,    90 PARK AVE.,
               NEW YORK, NY 10016-1314
9513277      +GARY O. EPLING,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513278      +GEORGE C. VLAHOS,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE PLLC,
               1645 VILLAGE CENTER DR. #200,    LAS VEGAS, NV 89134-6372
9513279      +GIBRALT CAPITAL CORPORATION,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513281      +JAMES ARONSON,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513282      +JAMES SUTTER,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513283      +JAMES WAISANEN,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513284      +JANICE NGUYEN,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513285      +JOEL QUIEIXT,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513286      +JOHN J. KASSAY JR.,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513287      +JOHN KUHN,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513288      +KENNETH RECKER,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513289       KLC KENNIS LUI & CO.,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    5/F, HO LEE COMMERICAL BUILDING,
               38-44 D’AGUILAR STREET,    CENTRAL HONG KONG
9513290      +LISMORE PARTNERS, LLC,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513291      +LOEB & LOEB LLP,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    345 PARK AVE.,
               NEW YORK, NY 10154-1895
9513292      +MARCUS ARNIOS,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513293      +MARTIN KOCK, M.D.,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
               1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513258      +MATTHEW C. ZIRZOW,    LARSON & ZIRZOW, LLC,    810 S. CASINO CENTER BLVD. #101,
               LAS VEGAS, NV 89101-6719
9513294      +MCDONALD CARANO WILSON LLP,    ATTN: RYAN J. WORKS, ESQ.,    100 W. LIBERTY ST. 10TH FLOOR,
               RENO, NV 89501-1989
```

```
District/off: 0978-3          User: youngbloo           Page 2 of 3                   Date Rcvd: Jul 09, 2015
                              Form ID: pdf949           Total Noticed: 67

9513295       +MICHAEL A. NOORY,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513298       +PENN FOOTWEAR,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513299       +PETER DE MEYER,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513300       +PETER H. ELLIOTT,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513301       +REX MANUEL,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513302       +RICHARD COHEN,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513303       +RICHARD FASNACHT,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513304       +ROBERT GORDON,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513305       +SCHULUETER & ASSOCIATES, P.C.,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,
                5290 DTC PARKWAY, SUITE 150,    ENGLEWOOD, CO 80111-2764
9513307       +SECURITIES AND EXCHANGE COMM,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,
                444 S. FLOWER ST., SUITE 900,    LOS ANGELES, CA 90071-2934
9513308       +SIGNATURE STOCK TRANSFER,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    2632 COACHLIGHT COURT,
                PLANO, TX 75093-3850
9513309       +SILVER ROCK II, LTD.,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513310        STATE ADMIN FOR INDUSTRY AND COMMERCE,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,
                8 SANLIHE DONGLU, XICHENGQU,    BEIJING, 100820, P.R. CHINA
9513311       +STEFAN DE MEYER,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513312       +THOMAS M. STEWART,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513313       +UNITED SERVICES, INC.,    ATTN: BANKRTUPCY DEPT/MANAGING AGENT,    10 BANK STREET, SUITE 560,
                WHITE PLAINS, NY 10606-1962
9513315       +VERNON T. DORIA,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513316       +VICTOR GIARDINI,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513317       +WEINBERG & CO. LA, LLP,    ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    1925 CENTURY PARK EAST,
                SUITE 1120,    LOS ANGELES, CA 90067-2712
9513318       +WILLIAMSON LAW OFFICES, PLLC,    ATTN: AIRENE WILLIAMSON, ESQ.,    1645 VILLAGE CENTER CIR., #200,
                LAS VEGAS, NV 89134-6372
9513319       +XINCAI LUO,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513320       +YANQUING WEN,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513321       +YONGLI LI,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513322       +ZHAOFANG WEN,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372
9513323        ZOLFO COOPER,    P.O. BOX 4571,    2ND FLOOR, PALM GROVE HOUSE,    TORTOLA, BRITISH VIRGIN ISLANDS,
                VG110
9513324       +ZONGZHU SONG,    C/O AIRENE WILLIAMSON, ESQ.,    WILLIAMSON LAW OFFICE, PLLC,
                1645 VILLAGE CENTER CIR., #200,    LAS VEGAS, NV 89134-6372

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
9513280       +E-mail/Text: cio.bncmail@irs.gov Jul 10 2015 01:26:43     INTERNAL REVENUE SERVICE,
                ATTN: BANKRUPTCY DEPT/MANAGING AGENT,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
9513296       +E-mail/Text: marambula@tax.state.nv.us Jul 10 2015 01:27:24      NEVADA DEPT. OF TAXATION,
                BANKRUPTCY SECTION,    555 E. WASHINGTON AVENUE #1300,    LAS VEGAS, NV 89101-1046
9513306       +E-mail/Text: secbankruptcy@sec.gov Jul 10 2015 01:26:56     SECURITIES AND EXCHANGE COMM,
                ATTN: BANKRPUTCY DEPT/MANAGING AGENT,    100 F STREET, NE,    WASHINGTON, DC 20549-2001
9513314       +E-mail/Text: USTPRegion17.RE.ECF@usdoj.gov Jul 10 2015 01:26:52      UNITED STATES TRUSTEE,
                C. CLIFTON YOUNG BLDG,    300 BOOTH STREET, ROOM 3009,    RENO, NV 89509-1362
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9513297        PAUL CHUI,    UNIT 9A, CHUN WO COMMERCIAL CENTRE,    23-29 WING WO STREET,    CENTRAL, HKSAR
9513257*      +SINO CLEAN ENERGY, INC.,    C/O LARSON & ZIRZOW, LLC, RESIDENT AGENT,
                810 S. CASINO CTR. BLVD., #101,    LAS VEGAS, NV 89101-6719
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0978-3          User: youngbloo           Page 3 of 3              Date Rcvd: Jul 09, 2015
                              Form ID: pdf949           Total Noticed: 67
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2015                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2015 at the address(es) listed below:
              MATTHEW C. ZIRZOW    on behalf of Debtor    SINO CLEAN ENERGY, INC. mzirzow@lzlawnv.com,
               carey@lzlawnv.com;mary@lzlawnv.com;trish@lzlawnv.com;marsha@lzlawnv.com
              U.S. TRUSTEE - RN - 11    USTPRegion17.RE.ECF@usdoj.gov
                                                                                             TOTAL: 2
```



_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
July 09, 2015

# United States Bankruptcy Court
## District of Nevada

**Case No. 15–50934–btb**
**Chapter 11**

In re:
   SINO CLEAN ENERGY, INC.

        Debtor(s).

## ORDER TRANSFERRING BANKRUPTCY CASE
## TO DISTRICT OF NEVADA−SOUTHERN DIVISION (LAS VEGAS)

On the Court's own motion for good cause appearing, and pursuant to 11 USC § 105, and LR 1071(b):

IT IS HEREBY ORDERED THAT the above−captioned bankruptcy case be transferred to U.S. Bankruptcy Court, District of Nevada, Southern Division, Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd., South, Las Vegas, Nevada 89101.

All pleadings and other papers in this bankruptcy case shall be filed with the U.S. Bankruptcy Court Clerk in Las Vegas, Nevada.

                        ###